UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JNW & SAW, minors, by their mother and next friend, GAIL R. WILLIAMS | * | |
| | * | |
| Plaintiffs | * | Civil Action No. 08-1055 |
| v. | * | Judge - PLF |
| JEFFREY W. BEAN, et al | * | |
| Defendants | * | |

***************************************************************************

## ENTRY OF APPEARANCE

Dear Clerk:

Please enter the appearance of Raymond L. Marshall as counsel in this case for the Plaintiffs.

*Raymond L. Marshall*

---
Raymond L. Marshall, # 459352
Chason, Rosner, Leary & Marshall L.L.C.
401 Washington Avenue; 5th Floor
Towson, Maryland  21204
(410) 494-3709
rmarshall@crlmlaw.com
Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of July, 2008, a copy of the foregoing Entry of Appearance was e-served to:

Jeffrey C. Seaman, Esquire
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036-5405
Jseaman@wtplaw.com

Thomas J. Whiteford, Esquire
Whiteford, Taylor & Preston L.L.P.
7 St. Paul Street
Baltimore, MD 21202
Attorneys for the Defendants, Jeffrey W. Bean & Sydney O. Skillman
twhiteford@wtplaw.com

and mailed, postage prepaid, to the following:

Washington Land Company, Inc.
c/o Kari Winter Labrie
1860 California Street, N.W.
Unit 302
Washington, D.C. 20009

*Raymond L. Marshall*
---
Raymond L. Marshall