UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JNW & SAW, minors, by their mother and next friend, GAIL R. WILLIAMS | * | |
| | * | |
| Plaintiffs | * | Civil Action No. 08-1055 (PLF) |
| v. | * | |
| JEFFREY W. BEAN, et al | * | |
| Defendants | * | |

## JOINT LOCAL RULE 16.3(c) REPORT

The parties, by their counsel, hereby submit their Joint Report pursuant to Local Civil Rule 16.3(c), and state:

1. This case is unlikely to be disposed of by dispositive motion.

2. The date by which other parties can be joined or the pleadings amended is agreed upon to be October 31, 2008.

3. The Plaintiffs consent to assignment of the case to a Magistrate Judge for all purposes, including trial. The Defendant does not consent to such assignment.

4. Plaintiffs made a settlement demand on July 8, 2008. The Defendants are considering the settlement demand at this time. Until the Plaintiffs have been able to obtain additional information about the basis of the Plaintiffs' claims, the parties cannot yet say whether settlement of the case is or is not likely.

5. The parties believe that mediation would be beneficial. The parties propose hiring a private mediator, who is satisfactory to both sides and who is also experienced in lead paint litigation, to mediate this case no later than September 30, 2008.

6. This case cannot likely be disposed of by summary judgment, but Defendants reserve the right to file such a motion. The summary judgment motions deadline is September 15, 2009.

7. The parties agree not to dispense with the initial disclosures required by Rule 26(a)(1), but such disclosures need not be made until September 5, 2008.

8. The parties agree that interrogatories, request for production of documents, and request for admissions may be propounded. The parties agree that all discovery shall be completed no later than August 15, 2009.

9. The parties agree that the requirements of Rule 26(a)(2) should apply, and that Plaintiffs' expert witness reports are due no later than January 15, 2009, and that Defendants' expert witness reports shall be due no later than June 15, 2009. [1]

---

[1] The Plaintiffs allege that, as a result of exposure to lead, the minor children have suffered neuropsychological injury. Thus, the Plaintiffs will have neuropsychological tests performed on both minors. The Defendants will likely want to have a different neuropsychologist examine the minors. The reason for the proposed 6-month gap between the parties' expert disclosures is the "practice effect" caused by a neuropsychological test. The "practice effect" of a neuropsychological test, which is in large part an IQ test, leads to a higher score on the second test, because the subject's first test permitted her to "practice." Accepted neuropsychological practice dictates that the second test must occur no sooner than 6 months after the first test to avoid the effect.

10. The parties do not believe that bifurcation is appropriate in this case.

11. The parties agree that the Court should set a pretrial date at the initial scheduling conference. The proposed pre-trial conference date is December 2, 2009.

12. The parties request that the Court set a firm trial date at the initial scheduling conference.

Respectfully submitted,

/s/ Raymond L. Marshall
Raymond L. Marshall, # 459352
Chason, Rosner, Leary & Marshall L.L.C.
401 Washington Avenue; 5th Floor
Towson, Maryland 21204
(410) 494-3709
rmarshall@crlmlaw.com
Attorneys for the Plaintiffs


/s/ Jeffrey C. Seaman
Jeffrey C. Seaman, #466509
Whiteford, Taylor & Preston L.L.P.
1025 Connecticut Avenue, N.W.
Suite 400
Washington, D.C. 20036-5405
(202) 659-6800
Jseaman@wtplaw.com
Attorney for the Defendants
Jeffrey W. Bean and Sydney O. Skillman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JNW & SAW, minors, by their mother and next friend, GAIL R. WILLIAMS | * | |
| | * | |
| Plaintiffs | * | Civil Action No. 08-1055 (PLF) |
| v. | * | |
| JEFFREY W. BEAN, et al | * | |
| Defendants | * | |

*********************************************************************************

## PROPOSED SCHEDULING ORDER

1. Discovery shall commence July 24, 2008 and conclude August 15, 2009.

2. The parties agree that initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be made on or before September 5, 2008.

3. The parties are limited to 12 depositions per side.

4. Each party may serve no more than 35 interrogatories, including subparts, 30 requests for production of documents and 25 requests for admission.

5. The Plaintiffs shall make disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on or before January 15, 2009.

6. The Defendants shall make disclosures pursuant to Fed. R. Civ. P. 26(a)(2) on or before June 15, 2009.

7. Dispositive motions shall be filed on or before September 15, 2009.

8. Oppositions to dispositive motions shall be filed on or before October 6, 2009.

9. Replies to oppositions to dispositive motions shall be filed on or before October 20, 2009.

10. Pretrial of this action shall take place on December 2, 2009.

_____
Paul L. Friedman, Judge

<u>Copies</u>:

Raymond Marshall
Jeffrey Seaman